CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
MOLLY A. FRIEND (CABN 289677)
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7177
Facsimile: (415) 436-6748
molly.friend@usdoj.gov

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANUSHA CHALLA,<br><br>Plaintiff,<br><br>v.<br><br>JOSEPH EDLOW, Director, U.S. Citizenship and Immigration Services,<br><br>Defendant. | Case No. 5:26-cv-05085-SVK<br><br>**STIPULATION TO STAY PROCEEDINGS; ~~[PROPOSED]~~ ORDER** |

The parties, through their attorneys, hereby stipulate and respectfully request the Court to stay proceedings in this case for a limited time, until December 1, 2026. The parties make this joint request because they are pursuing an administrative resolution that may render further litigation of this case unnecessary.

Plaintiff filed this mandamus action seeking adjudication of her Form I-485, Application to Register Permanent Residence of Adjust Status. United States Customs and Immigration Services (USCIS) has issued all available visas in the Employment-Based Fifth Preference (EB-5) unreserved category for applicants chargeable to India for fiscal year (FY) 2026. The annual limits will reset with the start of the new fiscal year (FY 2027) on October 1, 2026. At that point, embassies and consulates may resume issuing immigrant visas in this category to qualified applicants.

To allow USCIS additional time to complete their review of Plaintiff's Form I-485, following the resumption of the issuance of visas, the parties stipulate and request that the proceedings in this case be stayed until December 1, 2026, at which time the parties will file a joint status report with the Court. At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket. A stay of proceedings in this case will benefit the parties and conserve the Court's resources while the parties pursue a potential administrative resolution.

Dated: August 3, 2026

Respectfully submitted,[1]

CRAIG H. MISSAKIAN
United States Attorney

*/s/ Molly A. Friend*
MOLLY A. FRIEND
Assistant United States Attorney
Attorneys for Defendant

Dated: August 3, 2026

*/s/ Rahula Venkat Reddy*
RAHULA VENKAT REDDY
REDDY NEUMANN BROWN PC
Attorney for Plaintiff

**~~[PROPOSED]~~ ORDER**

Pursuant to stipulation, IT IS SO ORDERED. The case is stayed until December 1, 2026.

Date: August 4, 2026



HON. SUSAN VAN KEULEN
United States Magistrate Judge

[1] In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.